# EXHIBIT A

# 2285CV00802 Wexler, Amy et al vs. Bath & Body Works, Inc. et al

- **Case Type:** Torts
- **Case Status:** Open
- **File Date:** 07/12/2022
- **DCM Track:** A - Average
- **Initiating Action:** Products Liability
- **Status Date:** 07/12/2022
- **Case Judge:**
- **Next Event:**

**All Information** | **Party** | **Tickler** | **Docket** | **Disposition**

## Party Information

**Wexler, Amy**
- Plaintiff

| Alias | Party Attorney |
|---|---|
| | Attorney: Bricker, Esq., David<br>Bar Code: 569010<br>Address: Thornton Law Firm<br>9595 Wilshire Boulevard<br>Suite 900<br>Beverly Hills, CA  90212<br>Phone Number: (310)282-8676<br>Attorney: Gibbs, Esq., Ginger A<br>Bar Code: 697325<br>Address: Thornton Law Firm LLP<br>One Lincoln St<br>13th Floor<br>Boston, MA  02111<br>Phone Number: (617)720-1333 |

**More Party Information**

**Wexler, Philip**
- Plaintiff

| Alias | Party Attorney |
|---|---|
| | Attorney: Bricker, Esq., David<br>Bar Code: 569010<br>Address: Thornton Law Firm<br>9595 Wilshire Boulevard<br>Suite 900<br>Beverly Hills, CA  90212<br>Phone Number: (310)282-8676<br>Attorney: Gibbs, Esq., Ginger A<br>Bar Code: 697325<br>Address: Thornton Law Firm LLP<br>One Lincoln St |

13th Floor
Boston, MA  02111
- Phone Number
- (617)720-1333

**More Party Information**

**Bath & Body Works, Inc.**
- Defendant

| Alias | Party Attorney |

**More Party Information**

**Bath & Body Works, Llc**
- Defendant

| Alias | Party Attorney |

**More Party Information**

**Doe 1-10, John/Jane**
- Defendant

| Alias | Party Attorney |

**More Party Information**

**Corporation "x" 1-10**
- Defendant

| Alias | Party Attorney |

**More Party Information**

## Ticklers

| Tickler | Start Date | Due Date | Days Due | Completed Date |
|---|---|---|---|---|
| Service | 07/12/2022 | 10/11/2022 | 91 | |
| Answer | 07/12/2022 | 11/09/2022 | 120 | |
| Rule 12/19/20 Served By | 07/12/2022 | 11/09/2022 | 120 | |
| Rule 12/19/20 Filed By | 07/12/2022 | 12/09/2022 | 150 | |
| Rule 12/19/20 Heard By | 07/12/2022 | 01/09/2023 | 181 | |
| Rule 15 Served By | 07/12/2022 | 09/05/2023 | 420 | |
| Rule 15 Filed By | 07/12/2022 | 10/05/2023 | 450 | |
| Rule 15 Heard By | 07/12/2022 | 10/05/2023 | 450 | |
| Discovery | 07/12/2022 | 07/01/2024 | 720 | |
| Rule 56 Served By | 07/12/2022 | 07/31/2024 | 750 | |
| Rule 56 Filed By | 07/12/2022 | 08/30/2024 | 780 | |
| Final Pre-Trial Conference | 07/12/2022 | 12/30/2024 | 902 | |
| Judgment | 07/12/2022 | 07/11/2025 | 1095 | |

## Docket Information

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 07/12/2022 | Complaint electronically filed. | 1 | Image |
| 07/12/2022 | Civil action cover sheet filed. | 2 | Image |
| 07/12/2022 | Attorney appearance<br>On this date David Bricker, Esq. added for Plaintiff Philip Wexler | | |
| 07/15/2022 | Case assigned to:<br>DCM Track A - Average was added on 07/15/2022 | | |

## Case Disposition

| Disposition | Date | Case Judge |
|---|---|---|
| Pending | | |